UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Menard, Jaylon K.

Chapter 7 Case No.   09-43769

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| DENMAR AUTO BODY<br>17500 MINNETONKA BLVD<br>MINNETONKA   MN 55345-0000 | 6 | $ 148.35 | $ 3.95 |

Date   2-7-11

J. Richard Stermer,  Trustee

RECEIVED 11 FEB -8 AM 9:21 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN